

# THE THIRTEENTH COURT OF APPEALS

## 13-18-00496-CV

John Wardell and Lois Wardell
v.
Henry Gearhart, Jylaine Gearhart and Orion Gearhart

On appeal from the
206th District Court of Hidalgo County, Texas
Trial Cause No. C-6014-13-D

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the appeal should be dismissed with prejudice. The Court orders the appeal DISMISSED WITH PREJUDICE in accordance with its opinion. Costs of the appeal are taxed against appellant.

We further order this decision certified below for observance.

December 6, 2018